Form 3A
(10/05)

# United States Bankruptcy Court
### District Of _____Illinois_____

In re __Jeri L. Clark__,
        Debtor

Case No. __07-72294__

Chapter __13__

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS

1. In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the filing fee amounting to $__274.00__ in installments.

2. I am unable to pay the filing fee except in installments.

3. Until the filing fee is paid in full, I will not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

4. I propose the following terms for the payment of the Filing Fee.*

    $ __91.40__ ____ Check one ☐ ... With the filing of the petition, or
                              ☒ On or before __11/27/07__

    $ __91.40__ ____ on or before __12/27/07__

    $ __91.40__ ____ on or before __1/27/08__

    $ _____ on or before _____

* The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Fed. R. Bankr. P. 1006(b)(2).

5. I understand that if I fail to pay any installment when due, my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

_____    _____
Signature of Attorney            Date

__Jeri Clark__  __10/19/07__
Signature of Debtor            Date
(In a joint case, both spouses must sign.)

_____
Name of Attorney

_____    _____
Signature of Joint Debtor (if any)    Date

**FILED**
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

OCT 2 9 2007

KENNETH S. GARDNER, CLERK
BY_____
         DEPUTY CLERK

Form 3A Contd.
(10/05)

# United States Bankruptcy Court
_____ District Of ____Illinois____

In re _Jeri L Clark_____,
           Debtor

Case No. _07-72294_

Chapter _13_

### ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

☐    IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

☐    IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$ _91.40_    Check one ☐ With the filing of the petition, or
                          ☒ On or before _11/27/07_

$ _91.40_ on or before _12/27/07_

$ _91.40_ on or before _1/27/08_

$ _____ on or before _____

☐    IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

BY THE COURT

Date: _10/29/07_

_Ken Gardner_
United States Bankruptcy Judge   By _Cindy Shaly_