# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  JERI CLARK  
219 E. 2ND STREET  
GENOA, IL  60135

SSN-xxx-xx-4589

Case Number: 07-72294

Case filed on: 9/25/2007  
Plan Confirmed on:

U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan:  $330.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | JERI CLARK (PRO SE) | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | JERI CLARK | 0.00 | 0.00 | 330.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 330.00 | 0.00 |
| 001 | WILSHIRE MORTGAGE | 6,000.00 | 6,000.00 | 0.00 | 0.00 |
| 002 | WILSHIRE CREDIT CORPORATION | 15,480.87 | 5,000.00 | 0.00 | 0.00 |
|  | Total Secured | 21,480.87 | 11,000.00 | 0.00 | 0.00 |
|  | Grand Total: | 21,480.87 | 11,000.00 | 330.00 | 0.00 |

Total Paid Claimant:        $330.00  
Trustee Allowance:          $0.00  
Percent Paid Unsecured:     0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

    /s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 04/18/2008          By  /s/Heather M. Fagan